NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JIMMY LEE WHEELER, DOC #046120,    )
                                   )
            Appellant,             )
                                   )
v.                                 )            Case No. 2D18-3370
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
                                   )
_____)

Opinion filed July 12, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Ed Nicholas, Judge.

Jimmy Lee Wheeler, pro se.

PER CURIAM.

            Affirmed.

KELLY, VILLANTI, and SALARIO, JJ., Concur.